UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANA GLAVAN,

                    Plaintiff,

           -v-

NEW JEWISH HOME,

                    Defendant.

20-CV-3688 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on May 12, 2020. Counsel for the plaintiff is directed to file an appearance with this Court no later than May 29, 2020.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by May 21, 2020.

    SO ORDERED.

Dated: May 14, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

1