UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIANA GLAVAN,<br>      Plaintiff,<br><br>   -v-<br><br>NEW JEWISH HOME,<br>      Defendant. | 20-CV-3688 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

  The parties appeared before the Court for a telephonic conference on December 7, 2021. During the telephonic conference, Plaintiff Glavan, who is now proceeding pro se, confirmed that she would like to voluntarily dismiss this action with prejudice. Accordingly, the Court hereby dismisses the case with prejudice.

  The Clerk of Court is directed to close the motion at Docket Number 25 as moot and close the case.

  SO ORDERED.

Dated: December 7, 2021
    New York, New York

                   _____
                       J. PAUL OETKEN
                     United States District Judge